**STATE of Missouri, Plaintiff/Respondent,**

v.

**Damon A. HARMON,
Defendant/Appellant.**

**Damon A. HARMON, Movant,**

v.

**STATE of Missouri, Respondent.**

**Nos. 69211, 71446.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 23, 1997.

Susan McGraugh, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Defendant appeals from a conviction of robbery in the first degree, Section 569.020. He was sentenced to seventeen (17) years imprisonment. This appeal is consolidated with an appeal from the denial of his Rule 29.15 motion for post-conviction relief. The judgment of conviction is affirmed. Rule 30.25(b).

Defendant has failed to allege any error in the denial of his Rule 29.15 motion. The denial of post-conviction relief is affirmed. Rule 84.16(b).